**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1581
(212) 805-6325

CHAMBERS OF
COLLEEN McMAHON
CHIEF JUDGE

December 4, 2018

The Hon. Dora Irizarry
Chief Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY (ZIP)

Dear Chief Judge Irizarry:

Attached to this letter is an order from The Hon. James Cott, USMJ, transferring the misdemeanor case of United States v. Towaki Komatsu (18-cr-671) to the Eastern District of New York.

Thank you for your willingness to accept this case.

Sincerely,

Colleen McMahon
Chief Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

               -against-

TOWAKI KOMATSU,

                   Defendant.
------------------------------------------------------------------X

**ORDER**

18-CR-671 (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

     Having reviewed the entire record in this case, including defendant's pending motion, the Court has concluded that it is in the interest of justice for this case to be transferred to the Eastern District of New York in accordance with Rule 21 of the Federal Rules of Criminal Procedure. Accordingly, the Court hereby orders that this case be transferred to the Eastern District of New York, and respectfully requests that the Clerk of Court transmit the docket in this case to the Eastern District of New York. The pending motion will be decided by the newly assigned judge in the Eastern District.

**SO ORDERED.**

Dated: December 4, 2018
       New York, New York

                                                   JAMES L. COTT
                                                   United States Magistrate Judge